■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RADAMES COLON, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered on or about May 16, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Nardelli, Acosta and DeGrasse, JJ.